FILED

07 DEC 12 PM 4:41

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 3342 H

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| JOAQUIN BARRAGAN, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Joaquin Barragan</u>, Criminal Case No. 07CR2987-H.

DATED: December 12, 2007.

KAREN P. HEWITT
United States Attorney

*[signature]*

JOSEPH J.M. ORABONA
Assistant U.S. Attorney