# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

**FILED**
MAY 8 – 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

**RECEIVED**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE

MAY 0 2 2008

Re: USCA No: **08-50209**
USDC No: 07cr3342 H
USA v. Barragan

FILED _____
DOCKETED _____
DATE      INITIAL

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | |
|---|---|---|---|
| x | Copy of the Notice of Appeal | x | Docket Entries |
| x | Case Information/Docket Fee Payment Notification Form | | |
| x | Order for Time Schedule (Criminal) | | |
| | Original Clerk's Record in ___ set(s) of ___ volume(s). | | |
| | Reporter's transcript's transcripts in ___ set(s) of ___ volume(s). | | |
| | Exhibits in ___ envelope(s) ___ box(es) ___ folders(s) | | |
| x | Judgement Order | | F/P Order |
| | CJA Form 20 | | Minute Order |
| | Certificate of Record | | Mandate Return |
| | Magistrate Judge's Report and Recommendation | | |
| | COA Order | | |
| | Amended docket fee notification form | | |
| | Order Appointing Counsel for Appeal | | |
| x | NEF Sentencing Minutes entered 4/14/08, NEF Minutes Appointing Counsel entered 12/14/07 | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 04/22/08

By: **L. Hammer**
Lauren Hammer, **Deputy**